IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:05CR209 |
| vs. | **ORDER TO SEAL INDICTMENT** |
| RAPHAEL ARROYOS FERNANDEZ, et. al. | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Bill of Indictment, Information Pursuant to Title 21, U.S.C. § 841(b), the Motion to Seal Indictment and any other related documents be sealed.

THIS the 7th day of June, 2005.

_____
MAGISTRATE JUDGE