# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:05-cr-00209-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| RAPHAEL ARROYOS FERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Reduction of Sentence under 18 U.S.C. § 3582(c)" [Doc. 130].

Upon review of the motion, the Court determines that the Government should respond to the Defendant's motion.

**IT IS, THEREFORE, ORDERED** that the Government shall respond to the Defendant's "Motion for Reduction of Sentence under 18 U.S.C. § 3582(c)" [Doc. 130] within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: July 1, 2019

Martin Reidinger
United States District Judge